UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Janel Russell Designs, Inc.,

Plaintiff,

v. Case No. 00-CV-466 PAM/JGL

Goldstar Jewelry, L.L.C.,

Defendant.

---

STIPULATION FOR DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff has brought suit for copyright infringement based upon jewelry sold by Defendant; and

WHEREAS, Goldstar Jewelry, L.L.C., through its owner, has made certain representations under oath as to the number of infringing jewelry pieces it has sold; and

WHEREAS, the number of sales to date has been deminimus and Goldstar Jewelry, L.L.C. has agreed to cease any further manufacture, use, sale or other distribution of infringing jewelry;

NOW, THEREFORE, the above-entitled matter hereby agree to dismiss their claims in this matter, and without further costs to any party. Pursuant to the mutual agreement of the

FILED JUN 19 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

parties, this matter shall be dismissed.

NIKOLAI, MERSEREAU & DIETZ, P.A.

Dated: June 9, 2000

By: [signature]

James T. Nikolai, #144101
Attorneys for Plaintiffs
820 International Centre
900 Second Avenue So.
Minneapolis, MN 55402
Phone: (612) 339-7461

HELLMUTH & JOHNSON, P.A.

Dated: June 14, 2000

By: [signature]

David G. Hellmuth, #229131
Attorneys for Defendant
10400 Viking Drive, Suite 560
Eden Prairie, MN 55344
Phone: (952) 941-4005

SO ORDERED:

[signature]
Judge Paul A. Magnuson

Date: June 19, 2000